AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## California for the Northern District

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 10-mj-70486 PVT |
| Vince Premchand Thadani | ) | Charging District: SDCA |
| Defendant | ) | Charging District's Case No. 10CR2242 JM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | USDC - San Diego 940 Front St, San Diego, CA | Courtroom No.: F — Magistrate Judge Gallo |
|---|---|---|
| | | Date and Time: 6/22/10 10:30 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/11/10

_Patricia V. Trumbull_
Judge's signature

Patricia V. Trumbull, US Magistrate Judge
Printed name and title

Filed
JUN 11 2010
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE